SKENANDOA COTTON COMPANY, Respondent, *v.* MARY E. LEFFERTS, Impleaded, etc., Appellant.

(Submitted May 3, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made February 3, 1891, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Doyle & Fitts* for appellant.

*Nicholas E. Kernan* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

CATHARINE MITTNACHT, Appellant, *v.* JAMES J. SLEVIN, Respondent.*

(Submitted May 4, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of February, 1893, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Special Term.

*Ernest G. Stedman* and *John Larkin* for appellant.

*B. B. Kenyon* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

*Reported below, 67 Hun, 315.